No. 12–8482. CARTER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–8484. ZHOU CHEN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–8493. RAMIREZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–8495. RICHARDSON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–8496. SNARD *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–8502. VAUGHT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–8506. WHITE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–8509. GREEN *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 12–8512. GOROSAVE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–8515. SIMMONS *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 12–8516. SHAKUR *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 12–8517. HARRIS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–8518. HATCHER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–8520. PRINGLE *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 12–8523. REEVES *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 12–8526. RUSSELL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.